UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 14-cv-62610-BLOOM/Valle

SUN LIFE ASSURANCE COMPANY OF
CANADA,

        Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION
and LARRY BRYAN f/k/a
LARRY SCHWEIGER,

        Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO SCHEDULE
MEDIATION WITH TELEPHONIC APPEARANCE OF DEFENDANT LARRY BRYAN**

      This matter is before this Court on Plaintiff Sun Life Assurance Company of Canada's Motion to Schedule Mediation with Telephonic Appearance of Larry Bryan, ECF No. [27], filed on March 6, 2015. Pursuant to the Court's Scheduling Order, the deadline to select a mediator and schedule mediation was February 20, 2015. ECF No. [23]. This deadline was then extended to March 6, 2015 to allow the parties additional time to reach an agreement regarding scheduling. Plaintiff Sun Life and Defendant U.S. Bank National Association have agreed to mediate this matter on October 7, 2015 at 10:00 a.m. before David Geronemus at the offices of JAMS, 620 8th Avenue, 34th Floor, New York, NY 10018, and state that they are amenable to allow Defendant Bryan to attend via phone so as to facilitate his participation. *See* ECF No. [27].

      It is therefore **ORDERED AND ADJUDGED** that the Motion, **ECF No. [27]**, is **GRANTED**. Mr. Bryan shall notify the Court within ten (10) days after entry of this Order if

Mr. Bryan objects to attending mediation with Mr. Geronemus by telephone on October 7, 2015. If no objection to this mediation is lodged by Mr. Bryan by that date, the parties shall mediate before David Geronemus on October 7, 2015 at 10:00 a.m. at the offices of JAMS, 620 8th Avenue, 34th Floor, New York, NY 10018; (212) 751-2700.

**Within seven (7) days following the mediation conference or by the mediation deadline imposed by the Court's Scheduling Order, whichever is sooner**, the parties shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of March, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record