FILING FEE
PAID $75.00
Pro hac Vice 96754
Steven M. Larimore, Clerk

FILED by PC D.C.
MAR 17 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-62610-CIV-BLOOM/Valle

SUN LIFE ASSURANCE COMPANY
OF CANADA,

      Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION
AND LARRY BRYAN,
f/k/a LARRY SCHWEIGER,

      Defendants.
_____/

## U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR *PRO HAC VICE* APPEARANCE OF NICOLE M. MAZANITIS, ESQ.; CONSENT TO DESIGNATION; AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned counsel for defendant U.S. Bank National Association ("Defendant" or "U.S. Bank") respectfully moves for the admission *pro hac vice* of Nicole M. Mazanitis, Esq. of the law firm of Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178-0061, for purposes of appearance as co-counsel on behalf of Defendant in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Nicole M. Mazanitis to receive electronic filings in this case, and in support thereof states as follows:

1. Nicole M. Mazanitis is not admitted to practice in the Southern District of Florida, and is a member in good standing of the bar in the state of New York and the United States District Court for the Southern District of New York.

2. Movant, Ian E. DeMello, Esq. of the law firm of Shubin & Bass, P.A., 46 SW 1st St. #300, Miami, Florida 33130, (305) 381-6060, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules, Nicole M. Mazanitis has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Nicole M. Mazanitis, by and through designated counsel and pursuant to Section 2B of the CM/ECF Admin. Proced., hereby requests the Court to provide Notice of Electronic Filings to Nicole M. Mazanitis at email address: nmazanitis@curtis.com.

WHEREFORE, Ian E. DeMello, Esq., moves this Court to enter an Order for Nicole M. Mazanitis to appear before this Court on behalf of Defendant, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk of Court to provide notice of electronic filings to Nicole M. Mazanitis.

Date: March 17, 2015

Respectfully submitted,

SHUBIN & BASS, P.A.
46 SW First Street, Third Floor
Miami, Florida 33130
Tel:   (305) 381-6060
Fax:  (305) 381-9457

By: _[signature]_
John K. Shubin (Fla. Bar No. 771899)
jshubin@shubinbass.com
Juan J. Farach (Fla. Bar No. 957704)
jfarach@shubinbass.com
Ian E. DeMello (Fla. Bar No. 105097)
idemello@shubinbass.com

*Attorneys for Defendant*
*U.S. Bank National Association*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, was served by email or U.S. Mail, on March 17, 2015, on the following counsel or parties of record:

**Wendy L. Furman, Esq.**
PETT FURMAN, PL
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 fax
wfurman@pettfurman.com

*Attorneys for Sun Life Assurance Company of Canada*

**Gregory J. Star, Esq.**
**Joseph Kelleher, Esq.**
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
gregory.star@dbr.com
joseph.kellher@dbr.com

*Of Counsel for Sun Life Assurance Company of Canada*

**Larry Bryan f/k/a Larry Schweiger**
11720 N.W. 9th Street
Plantation, FL 33325
larry@hubbley.com

*Pro se Defendant*

_____
Ian E. DeMello

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-62610-CIV-Bloom

SUN LIFE ASSURANCE COMPANY
OF CANADA,

    Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION
AND LARRY BRYAN,
f/k/a LARRY SCHWEIGER,

    Defendants.
_____/

## CERTIFICATION OF NICOLE M. MAZANITIS, ESQ.

Nicole M. Mazanitis, Esq., pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bar in the state of New York and the United States District Court for the Southern District of New York.

_____
Nicole M. Mazanitis, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-62610-CIV-Bloom

SUN LIFE ASSURANCE COMPANY
OF CANADA,

    Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION
AND LARRY BRYAN,
f/k/a LARRY SCHWEIGER,

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR *PRO HAC VICE* APPEARANCE OF NICOLE M. MAZANITIS, ESQ., CONSENT TO DESIGNATION AND REQUEST TO <u>ELECTRONICALLY RECEIVE NOTICE OF ELECTRONIC FILINGS</u>**

THIS CAUSE having come before the Court on U.S. Bank National Association's Motion for *Pro Hac Vice* Appearance of Nicole M. Mazanitis Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings (the "<u>Motion</u>"), pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Nicole M. Mazanitis may appear and participate in this action on behalf of Defendant U.S. Bank National Association. The Clerk of Court shall

provide electronic notification of all electronic filings to Nicole M. Mazanitis at nmazanitis@curtis.com.

      DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March 2015.

_____
Judge Beth Bloom
United States District Judge

Copies furnished to:
All Counsel of Record