UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-62610-CIV-Bloom

SUN LIFE ASSURANCE COMPANY
OF CANADA,

    Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION
AND LARRY BRYAN,
f/k/a LARRY SCHWEIGER,

    Defendants.
_____/

## DECLARATION OF RUSSELL D. MOSLEY

    Russell D. Mosley declares as follows under penalty of perjury and pursuant to 28 U.S.C. § 1746:

    1.    I am a Vice President of U.S. Bank National Association ("U.S. Bank"). I have knowledge of the facts set forth herein.

    2.    I submit this Declaration in support of U.S. Bank's Opposition to Sun Life Assurance Company of Canada's Motion to Compel U.S. Bank to Produce Documents.

    3.    In collecting documents for production in the case captioned *Sun Life Assurance Co. of Canada v. U.S. Bank National Association, et al.*, No. 14-62610 (S.D. Fla. 2014), U.S. Bank searched four separate locations.

    4.    First, U.S. Bank has a shared drive, which contains a life settlements folder. All life settlements documents are filed in various subfolders in this general life settlements folder. U.S. Bank searched the entire life settlements folder, not simply the folder

for the policy for Phyllis Malkin (the "Malkin Policy"), for documents with any of the following terms: "Malkin," the Sun Life policy number for the Malkin Policy, or the Coventry ID for the Malkin Policy.

5. Second, U.S. Bank searched its hard copy file for the Malkin Policy for any responsive documents.

6. Third, U.S. Bank electronically searched Alex Fuentes's desktop, Kristy Le's desktop, and my desktop, for documents with any of the following terms: "Malkin," the Sun Life policy number, or the Coventry ID for the Malkin Policy.

7. Finally, U.S. Bank searched its archives, which contain files for policies that have matured, for any Malkin related documents as well.

Pursuant 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7 day of August, 2015.

_____
Russell D. Mosley