UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 14-cv-62610-BLOOM/Valle

SUN LIFE ASSURANCE COMPANY OF
CANADA,

       Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION
and LARRY BRYAN f/k/a
LARRY SCHWEIGER,

       Defendants.
_____/

## ORDER AMENDING PRE-TRIAL DEADLINES

This matter is before this Court on the parties' Joint Motion for Extension of Discovery and Corresponding and Related Deadlines, ECF No. [37]. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion, **ECF No. [37]**, is **GRANTED IN PART**. The Court's Scheduling Order, ECF No. [23], is **AMENDED** to reflect the following:

    **October 5, 2015**. Parties exchange expert witness summaries or reports.

    **October 19, 2015**. Parties exchange rebuttal expert witness summaries or reports.

    **November 2, 2015**. All discovery, including expert discovery, is completed.

    **November 13, 2015**. Mediation must be completed and a mediation report filed.

    **November 16, 2015**. All pre-trial motions and Daubert motions (which include motions to strike experts) are filed. Each party is limited to filing one Daubert motion. The parties are reminded that Daubert motions must contain the Local Rule 7.1(a)(3) certification. This deadline includes all dispositive motions.

All other deadlines not explicitly amended herein shall remain in effect.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 11th day of August, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record