UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-62610-BLOOM/VALLE

SUN LIFE ASSURANCE COMPANY OF
CANDADA,

      Plaintiff,

      v.

U.S. BANK NATIONAL ASSOCIATION,
et al.,

      Defendants.
_____

**ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

THIS CAUSE is before the Court upon Plaintiff's Motion to Compel Defendant U.S. Bank to Produce Documents (ECF No. 34) (the "Motion"). United States District Judge Beth Bloom has referred the case to the undersigned for discovery. (ECF No. 23).

On August 18, 2015, the undersigned held a hearing on the Motion. This Order memorializes the Court's rulings during the hearing. Accordingly, for the reasons stated on the record at the hearing, it is hereby **ORDERED AND ADJUDGED** that the Motion (ECF No. 34) is **GRANTED IN PART AND DENIED IN PART** as follows:

    1.    Plaintiff's First Request for Production.

    a.    Requests Nos. 4, 16, 17, 20, 22, and 24 are **DENIED AS MOOT**.

    b.    Request No. 11 is **GRANTED** as modified.

    c.    Request No. 14 is **GRANTED** as modified. Specifically, by **September 1, 2015**, Defendant shall produce all agreements identified in the Motion. *See* (ECF No. 34 at 9-10) (items numbered (a)-(f) and n.6).

2. <u>Plaintiff's Second Request for Production of Documents</u>.

a. Requests Nos. 4, 20, and 21 are **GRANTED IN PART AND DENIED IN PART**. Defendant shall produce responsive documents from January 1, 2005 through December 31, 2008.

b. Request Nos. 12 and 13 are **GRANTED** as modified during the hearing. Specifically, Defendant shall produce a list, if any exists, that would identify any Premium Finance providers or any agents, broker general agents, or insurance producers with whom or from whom Defendant will not transact or accept business from January 1, 2001 through December 31, 2014.

c. Request No. 14 is **DENIED**.

d. Requests No. 15, 16, 17 and 18 are **GRANTED** as modified. Specifically, Defendant shall produce a list of lawsuits, identifying the case number and jurisdiction from January 1, 2005 through December 31, 2014.

e. Request No. 19 is **DENIED AS MOOT**.

f. Request No. 22 is **GRANTED** as modified. Defendant shall produce responsive documents regarding the Malkin Policy.

3. <u>Email Communications</u>. Concerning the production of email communications responsive to Plaintiff's First and Second Requests for Production of Documents, the parties shall meet and confer in good faith by **August 25, 2015**, to select reasonable search terms and feasible parameters for searching Defendant's email server to recover and produce responsive emails between January 1, 2005 and December 31, 2014.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida on August 19, 2014.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Beth Bloom
   All Counsel of Record