IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-62610-BLOOM/Valle

SUN LIFE ASSURANCE COMPANY OF
CANADA,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, and
LARRY BRYAN,

    Defendants.

_____

**STIPULATION FOR DISMISSAL OF CLAIMS
AGAINST DEFENDANT LARRY BRYAN**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procure, Plaintiff Sun Life Assurance Company of Canada and Defendant Larry Bryan ("Mr. Bryan") hereby stipulate and agree that the claims of Sun Life's Complaint against Mr. Bryan are voluntarily dismissed, with each party to bear its own fees and costs. The case is to remain open as to all remaining claims of Sun Life's Complaint against Defendant U.S. Bank.

DATED: November 20, 2015                           DATED: November 20, 2015

DRINKER BIDDLE & REATH, LLP

By: _____          _____
Gregory T. Star (admitted *pro hac vice*)              Larry Bryan
Joseph Kelleher (admitted *pro hac vice*)              *Pro se*
Kevin L. Golden (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2535 (phone)
(215) 988-2757 (facsimile)
gregory.star@dbr.com
joseph.kelleher@dbr.com

Dated:  November 20, 2015

PETT FURMAN, PL
Attorneys for Sun Life
Assurance Company of Canada
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 (fax)


By:___s/Wendy L. Furman
Wendy L. Furman
Fla. Bar No. 0085146
wfurman@pettfurman.com


**CERTIFICATE OF SERVICE**

I certify that on November 20, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John K. Shubin, Esq.
Ian E. DeMello, Esq.
Shubin & Bass, P.A.
46 S.W. 1st Street
Third Floor
Miami, FL 33130
jshubin@shubinbass.com
idemello@shubinbass.com
eservice@shubinbass.com
*Counsel for U.S. Bank*

Steven J. Reisman, Esq. *(Admitted pro hac vice)*
Jonathan J. Walsh, Esq. *(Admitted pro hac vice)*
Nicole M. Mazanitis, Esq. *(Admitted pro hac vice)*
Alyssa Astiz, Esq. *(Admitted pro hac vice)*
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Ave.
New York, NY 10178-0061
sreisman@curtis.com
jwalsh@curtis.com
nmazanitis@curtis.com
aastiz@curtis.com
*Co-Counsel for U.S. Bank*

2

I further certify that on November 20, 2015, I served a copy of this document by email and U.S. First Class Mail on the following:

>Larry Bryan f/k/a Larry Schweiger, pro se
>11720 N.W. 9th Street
>Plantation, FL 33325
>larry@hubbley.com

>s/Wendy L. Furman
>Wendy L. Furman