UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-62610-BLOOM/Valle

SUN LIFE ASSURANCE COMPANY
OF CANADA,

     Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, and
LARRY BRYAN,

     Defendants.
_____/

ORDER GRANTING STIPULATION FOR DISMISSAL
OF CLAIMS AGAINST DEFENDANT LARRY BRYAN

     This cause is before the Court upon the Stipulation for Dismissal between Plaintiff Sun Life Assurance Company of Canada and Defendant Larry Bryan f/k/a Larry Schweiger.  The Court having considering the Stipulation for Dismissal and being otherwise duly informed therein, it is hereby **ORDERED AND ADJUDGED** that the Stipulation for Dismissal between Plaintiff Sun Life Assurance Company and Defendant Larry Bryan is **APPROVED**.  Plaintiff's claims against Defendant Larry Bryan f/k/a Larry Bryan are hereby **DISMISSED**. This case shall remain open as to all remaining claims of Plaintiff's Complaint against Defendant U.S. Bank National Association.

     **DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of November, 2015.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record