UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-CIV-62610-BLOOM/VALLE

SUN LIFE ASSURANCE COMPANY
OF CANADA,

    Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.
_____/

## NOTICE OF APPEAL OF DEFENDANT AND COUNTERCLAIM-PLAINTIFF U.S. BANK NATIONAL ASSOCIATION

Notice is hereby given that Defendant and Counterclaim-Plaintiff U.S. Bank National Association appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Final Judgment entered on January 14, 2016 (ECF No. 148) (attached hereto as Exhibit A).[1]

| | |
|---|---|
| Date: February 12, 2016 | Respectfully submitted, |
| | /s/ Juan J. Farach |
| | John K. Shubin (Fla. Bar No. 771899) |
| | jshubin@shubinbass.com |
| | Juan J. Farach (Fla. Bar No. 957704) |
| | jfarach@shubinbass.com |
| | Ian E. DeMello (Fla. Bar No. 105097) |
| | idemello@shubinbass.com |

---

[1] On February 11, 2016, U.S. Bank timely filed a Motion to Alter and Clarify Final Judgment to Include Return of All Premiums Paid on the Malkin Policy under Fed. R. Civ. P. 59(e). (ECF No. 149). U.S. Bank understands that this notice of appeal will, in effect, be suspended until the motion is resolved. *See* Fed. R. App. P. 4(a)(4), Advisory Committee Notes 1993 Amendment ("A notice filed . . . after the filing of a motion but before disposition of the motion is, in effect, suspended until the motion is disposed of, whereupon, the previously filed notice effectively places jurisdiction in the court of appeals.").

SHUBIN & BASS, P.A.
46 SW First Street, Third Floor
Miami, Florida 33130
Tel:  (305) 381-6060
Fax:  (305) 381-9457

_/s/ J. Walsh_

Steven R. Reisman (admitted *pro hac vice*)
sreisman@curtis.com
Jonathan J. Walsh (admitted *pro hac vice*)
jwalsh@curtis.com
Nicole M. Mazanitis (admitted *pro hac vice*)
nmazanitis@curtis.com
Alyssa J. Astiz (admitted *pro hac vice*)
aastiz@curtis.com

CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

*Attorneys for U.S. Bank
National Association*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February 12, 2016, on all counsel or parties of record on the Service List below:

Wendy Lynn Furman
Pett Furman PL
2101 NW Corporate Boulevard
Suite 316
Boca Raton, FL 33431-7343
Phone: (561) 994-4311
Fax: (561) 982-8985
Email: wfurman@pettfurman.com

Gregory J. Star
Joseph Kelleher
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Phone: (215) 988-2535
Fax: (215) 988-2757
Email: Gregory.star@dbr.com
Email: joseph.kelleher@dbr.com

*Attorneys for Plaintiff*

/s/ Ian E. DeMello
Ian DeMello