**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 14-CIV-62610-BLOOM/Valle**

SUN LIFE ASSURANCE COMPANY
OF CANADA,

      Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, and
LARRY BRYAN,

      Defendants.

_____/

## ORDER

This cause comes before the Court upon Defendant U.S. Bank National Association's Fed. R. Civ. P. 59(e) Motion to Amend and Clarify Final Judgment, ECF No. [149] (the "Motion"), and Plaintiff Sun Life Assurance Company of Canada's Unopposed Motion for Extension of Time, ECF No. [154] ("Motion for Extension of Time"). Both the Motion and the Motion for Extension of Time pertain to the Court's Final Judgment dated January 14, 2016, ECF No. [148], wherein the Court granted summary judgment in favor of Defendant U.S. Bank National Association ("U.S. Bank") on Count IV of its Counterclaims, requiring Plaintiff Sun Life Assurance Company of Canada ("Sun Life") to return all premium payments paid for the Malkin Policy. Since the filing of the Motion, both U.S. Bank and Sun Life have appealed certain aspects of the Final Judgment. *See* Notices of Appeal, ECF Nos. [151] and [155]. Notably, Sun Life has appealed the portion of the Final Judgment which the Motion seeks to alter. *See* Notice of Cross Appeal, ECF No. [155].

1

Based on the filing of the appeals, this matter is now pending before the United States Court of Appeals for the Eleventh Circuit.  "The Supreme Court has explained that 'a federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously.  The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'"  *Blinco v. Green Tree Servicing, LLC*, 366 F.3d 1249, 1251 (11th Cir. 2004) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)).  Therefore, this Court has been divested of the jurisdiction otherwise required to grant the requested relief.

It is, therefore, **ORDERED AND ADJUDGED** that U.S. Bank's Motion, **ECF No. [149]**, and Sun Life's Motion for Extension of Time, **ECF No. [154]**, are **DENIED AS MOOT** in light of the pending appeals.  The Court will not disturb a matter currently pending before the Eleventh Circuit.

**DONE AND ORDERED** in Miami, Florida, this 29th day of February, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record