UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-CIV-62610-CIV-BLOOM/VALLE

SUN LIFE ASSURANCE COMPANY
OF CANADA,

    Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.
_____/

**REPLY DECLARATION OF JONATHAN J. WALSH IN SUPPORT OF
U.S. BANK NATIONAL ASSOCIATION'S FED. R. CIV. P. 59(E) MOTION
TO AMEND AND CLARIFY FINAL JUDGMENT AND
INCORPORATED MEMORANDUM OF LAW**

    Jonathan J. Walsh declares under penalty of perjury as follows:

    1. I am a member of the bar of the United States District Court for the Southern District of New York, and a member of the law firm of Curtis, Mallet-Prevost, Colt & Mosle LLP, attorneys for Defendant and Counterclaim-Plaintiff U.S. Bank National Association ("U.S. Bank"). My application for pro hac vice appearance in this matter was granted on December 15, 2014. I am familiar with the proceedings in this case.

    2. I respectfully submit this Declaration in support of U.S. Bank's Fed. R. Civ. P. 59(e) Motion to Amend and Clarify Final Judgment and Incorporated Memorandum of Law, dated April 20, 2016.

    3. Attached hereto as Exhibit H is a true and correct copy of certain excerpts from the deposition transcript of Larry Bryan, dated October 22, 2015.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Amy Welsh, dated June 1, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated June 3, 2016

_____
Jonathan J. Walsh