UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-cv-62610-BLOOM/Valle

SUN LIFE ASSURANCE COMPANY
OF CANADA,

            Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION
and LARRY BRYAN f/k/a
LARRY SCHWEIGER,

            Defendants.

_____/

## NOTICE OF CROSS-APPEAL

On July 8, 2016, U.S. Bank National Association appealed from the Final Judgment entered in this action on January 14, 2016 [ECF 148][1] and the Court's Order on Motion to Amend and Clarify Final Judgment entered on June 9, 2016. [ECF 169].[2] PLEASE TAKE NOTICE that Plaintiff Sun Life Assurance Company of Canada hereby cross-appeals to the United States Court of Appeals for the Eleventh Circuit the holding in paragraph 2 of the Final Judgment, which grants U.S. Bank National Association's fourth counterclaim and the requirement of the Order at ECF 169 that Sun Life return $858,523.13 in premiums to U.S. Bank.

---

[1] A copy of the Court's Final Judgment is attached hereto as Exhibit A.

[2] A copy of the Court's Order on Motion to Amend and Clarify Final Judgment is attached hereto as Exhibit B.

Dated:  July 22, 2016

PETT FURMAN, PL
Attorneys for Sun Life
Assurance Company of Canada
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 (fax)


By:____s/Wendy L. Furman
      Wendy L. Furman
      Fla. Bar No. 0085146
      wfurman@pettfurman.com

*Of Counsel*

Michael J. Miller (*pro hac* motion to be filed)
Gregory J. Star (*Admitted pro hac vice*)
Joseph M. Kelleher (*Admitted pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorneys for Sun Life Assurance*
*Company of Canada*


## CERTIFICATE OF SERVICE

I certify that on July 22, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John K. Shubin, Esq.
Ian E. DeMello, Esq.
Shubin & Bass, P.A.
46 S.W. 1st Street
Third Floor
Miami, FL 33130
jshubin@shubinbass.com
idemello@shubinbass.com
eservice@shubinbass.com
*Counsel for U.S. Bank*

Steven J. Reisman, Esq. *(Admitted pro hac vice)*
Jonathan J. Walsh, Esq. *(Admitted pro hac vice)*
Nicole M. Mazanitis, Esq. *(Admitted pro hac vice)*
Alyssa Astiz, Esq. *(Admitted pro hac vice)*
Turner P. Smith, Esq. *(Admitted pro hac vice)*
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Ave.
New York, NY 10178-0061
sreisman@curtis.com
jwalsh@curtis.com
nmazanitis@curtis.com
aastiz@curtis.com
tsmith@curtis.com
*Co-Counsel for U.S. Bank*

s/Wendy L. Furman
Wendy L. Furman